## UNITED STATES DISTRICT COURT
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ERIC YACKNOWITZ,

                      Plaintiff,                **SCHEDULING ORDER**

      -against-                    19 Civ. 2774 (JCM)

MICHAEL TABACK, *et al.*,

                      Defendants.
-------------------------------------------------------X

TO ALL PARTIES:

The conference scheduled for June 3, 2020 at 10:30 a.m. before the undersigned will be conducted

via AT&T Teleconferencing Service.  Counsel shall call the following number at the time of the

conference:

      <u>Toll-Free Number</u>: 877-873-8017
      <u>Access Code</u>: 4264138

Dated:  May 27, 2020
       White Plains, New York

                               **SO ORDERED:**

                               JUDITH C. McCARTHY
                               United States Magistrate Judge